SAGINAW BAY CO., A PARTNERSHIP, V. HENRY ENGEL ET AL.

1. SUB-CONTRACTORS AND MATERIAL MEN—LIENS.

A sub-contractor's or material man's lien attaches to all money due, from the owner to the contractor, at the time of filing or becoming due within ten days thereafter.

2. ARE REQUIRED TO PRO RATE.

Such lienholder is required to pro rate with all who come within the ten days.

3. AFTER TEN DAYS FUNDS APPROPRIATED TO LIENS FILED.

After the ten days, the funds due before are to be regarded as appropriated to the extent of the liens filed before the expiration of the ten days.

4. LIENS FILED AFTER TEN DAYS.

Liens filed after the ten days, become liens only on funds due after the ten days and on any balance, after liens filed before the ten days are satisfied, out of funds due before the ten days.

APPEAL by defendants.

CALDWELL, J.

The section of the mechanics' lien law, as it refers to priority among sub-contractors and material men, means this: When a sub-contractor or material man files his lien he gets a lien on all then due or becoming due within ten days thereafter, from the owner to the contractor, and is to pro rate with all who come in within the ten days. After the ten days, the funds due before are to be regarded as appropriated to the extent of the liens filed before the ten days were up. Liens filed after the ten days, become liens only on funds due after the ten days, and on any balance after the liens filed before the ten days are satisfied, out of the funds due before the ten days.

There was no such change in the contract between the owner and the contractor as would affect the rights of lienholders. The plaintiff is entitled to the priority it claims.

*E. J. Hart*, for plaintiff.

*Smith & Blake*, for defendant.